■ WINER, NEUBURGER & SIVE, Respondent, v SELWYN COHEN, Appellant.—Order, Supreme Court, New York County, entered on October 6, 1977, unanimously affirmed for the reasons stated by Kirschenbaum, J. Respondent shall recover of appellant $60 costs and disbursements of this appeal. Concur—Murphy, P. J., Lupiano, Fein, Markewich and Yesawich, JJ.